# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:24-cv-05702-JFW-JPRx__  Date __October 1, 2024__

Title: __Theresa Brooke v. Mater Montebello Limited Partnership__

Present: The Honorable __John F. Walter__

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                      Not Present

Proceedings:    ☐ In Court        ☐ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __NOTICE of Voluntary Dismissal [12] - Make JS-6__

☐ Entered _____.

Initials of Preparer __sr__